AARON D. FORD
  Attorney General
RUDOLF M. D'SILVA, Bar No. 16227
  Deputy Attorney General
State of Nevada
1 State of Nevada Way, Suite 100
Las Vegas, NV  89119
(702) 486-3375 (phone)
(702) 486-3768 (fax)
E-mail: rdsilva@ag.nv.gov

*Attorneys for Defendant*
*Daniel Garcia*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KALEB HARRIS,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, et al.<br><br>　　　　　　　Defendants. | Case No.  2:23-cv-01162-APG-MDC<br><br>**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br>**(First Request)** |

　　　　Defendant Daniel Garcia, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Rudolf M. D'Silva, Deputy Attorney General, hereby move this Court for an extension of time to file a Reply in Support of Motion for Summary Judgment.

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.　　BACKGROUND**

　　　　Defendant filed a Motion for Summary Judgment (MSJ). ECF No. 25. Plaintiff Kaleb Harris filed an Opposition to Defendant's MSJ (Opposition). ECF No. 32. Defendant's Reply in Support of MSJ (Reply) is due August 28, 2025.

　　　　On Sunday, August 24, 2025, a cyber attack was conducted on the State of Nevada. As a result of this cyber-attack, State employees, including staff at the Office of the Attorney General (OAG), have had limited access to there digital files. Many of the files' Defendants need to review to properly file a Reply are not able to be viewed by Defendants due to the recent cyberattack.

Page **1**

Defendants respectfully request a two-week extension until **September 10, 2025**, to file their Reply.

## II. LEGAL STANDARD

Fed. R. Civ. P. Rule 6(b)(1) governs extensions of time and allows, in relevant part, that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires." If additional time for any purpose is needed, the proper procedure is to present a request for extension of time before the time fixed has expired. *Canup v. Mississippi Val. Barge Line Co.*, 31 F.R.D. 282 (W.D. Pa. 1962). An extension of time may always be sought and is usually granted on a showing of good cause if timely made under subdivision (b)(1) of [FRCP 6]. *Creedon v. Taubman*, 8 F.R.D. 268 (N.D. Ohio 1947). Also, a district court possesses the inherent power to control its own docket. *Hamilton Copper & Steel Corp. v. Primary Steel, Inc.*, 898 F.2d 1428, 1429 (9th Cir. 1990); *Olivia v. Sullivan*, 958 F.2d 272, 273 (9th Cir. 1992).

LR IA 6-1 additionally requires that a motion to extend time must state the reasons for the extension requested and will not be granted if requested after the expiration of the specified period unless the movant demonstrates that the failure to file the motion before the deadline expired resulted because of excusable neglect.

## III. REASON FOR EXTENSION

Good cause is present to extend the Reply deadline for Defendants. Due to the cyberattack on the state, Defendants have been unable to access there files to formulate an appropriate response to Harris's Opposition. As such, Defendant respectfully requests a two-week extension (**September 10, 2025)** to file his Reply.

///
///
///
///

### IV. CONCLUSION

Defendants respectfully request this Court extend the deadline for Defendant's Reply this matter. Defendant asserts that requisite good cause is present to warrant an extension of time. The request is timely. Therefore, the Defendants request additional time, up until **September 10, 2025**, to file his Reply in this matter.

DATED this 27th day of August, 2025.

                                      AARON D. FORD
                                      Attorney General

By:   */s/ Rudolf M. D'Silva*
       RUDOLF M. D'SILVA, Bar No. 16227
       Deputy Attorney General

*Attorneys for Defendants*

IT IS SO ORDERED:

Dated: September 2, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

Page **3**